IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

GERMAN GALAVIZ-CEDILLO, ANTONIO : 
LOPEZ-MASCORO, RODRIGO :
SERRANO-VENEGAS, ADRIAN :
SERRANO-SANCHEZ, PATRICIO :
SERRANO-HERNANDEZ, OTILIO :
MARTINEZ-SANCHEZ, ROBERTO :
MUNGUIA-CHAVEZ, JAZMANY :
AGUILAR-TORRES, AND RICARDO :
MEJIA-ZUNIGA, :
　　　　　　　　　　　　　　　　　　　　:
      **Plaintiffs,** :
　　　　　　　　　　　　　　　　　　　　:
vs. : 5:05CV85 (DF)
　　　　　　　　　　　　　　　　　　　　:
GEORGIA CANTALOUPE COMPANY, :
INC., RICHARD NUTT, AND SCOTTY :
JONES, Individually, :
　　　　　　　　　　　　　　　　　　　　:
      **Defendants.** :

**O R D E R**

      Plaintiffs have moved the Court for preliminary certification of a collective action, for Court-authorized notice, and for disclosure of the names and addresses of potential opt-in plaintiffs (tab 18). Plaintiffs' complaint alleges that Defendants violated the Fair Labor Standards Act ("FLSA") by (1) unlawfully shifting travel and visa costs and (2) by failing to pay the minimum wage for every hour worked. By their motion, Plaintiffs ask the Court to allow the two-count complaint to proceed as a collective action as defined by the FLSA. Also, Plaintiffs seek permission to send Court-authorized notice to potential opt-in plaintiffs and to have the Court order Defendants to produce the names and addresses of potential

opt-in plaintiffs. Defendants do not object to Plaintiffs' motion (tab 23). Consequently, this matter may proceed as a collective action as defined by the FLSA; the proposed notice Plaintiffs included with their Motion (tab 18, Ex. 8) is authorized by the Court to be sent to potential opt-in plaintiffs[1]; and, Defendants are directed to produce a complete list of the names and addresses of potential opt-in plaintiffs. Per their request, Plaintiffs shall have four months from the time the list of names and addresses is furnished to distribute notice and opt-in forms.

Accordingly, Plaintiffs Motion is **GRANTED**.

SO ORDERED, this 22nd day of June, 2005.

**s/ Duross Fitzpatrick**
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/has

---

[1] The Court notes that before sending this notice Plaintiffs should remove the name of terminated attorney Kristi Graunke.